**Alfred TESTA**

v.

**Charles WHITE.**

**No. 80–530–A.**

Supreme Court of Rhode Island.

July 16, 1981.

Leonard A. Kamaras, Providence, for plaintiff.

Americo Campanella and Jon A. Mills, Providence, for defendant.

ORDER

On May 21, 1981, we denied plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) because plaintiff in filing his motion had not complied with Rule 28. Plaintiff has since supplemented his motion with the required memorandum.

Upon consideration of the motion and the entire record in this case, we are of the opinion that the Superior Court judgment should be affirmed. Therefore, the motion to affirm is hereby granted.

MURRAY, J., did not participate.

■

**Andrew A. BUCCI et al.**

v.

**RHODE ISLAND BAR ASSOCIATION et al.**

**No. 79–360–A.**

Supreme Court of Rhode Island.

July 23, 1981.

Aram K. Berberian, Warwick, for plaintiffs.

Letts, Quinn & Licht, Daniel J. Murray, Richard A. Licht, Providence, for defendants.

ORDER

This case is assigned to the *show cause* calendar.

The plaintiff Aram K. Berberian is directed to appear on a date to be assigned and show cause why his appeal should not be dismissed in light of the fact that the trial justice apparently did not err in dismissing plaintiff's complaint.

WEISBERGER, J., did not participate.

■

**Eloise CAREW**

v.

**Aubrey McDonald CAREW.**

**No. 80–496–A.**

Supreme Court of Rhode Island.

July 23, 1981.

Stephen P. Nugent, Providence, for plaintiff.

DeCiantis & Marzilli, Frederic A. Marzilli, Providence, for defendant.

ORDER

The plaintiff's motion to remand this case to the Family Court for a hearing on her motion to adjudge defendant in contempt is granted. Following said hearing, the papers herein shall be returned to this court forthwith.

WEISBERGER, J., did not participate.